40679. RUSSO v. MANNING.

MARSHALL, Presiding Justice.

The following appeals must be made by application: "Appeals from judgments or orders granting or refusing a divorce or temporary or permanent alimony, awarding or refusing to change child custody, or *holding or declining to hold persons in contempt of such alimony or child custody judgment or orders.*" (Emphasis supplied.) OCGA § 5-6-35(a)(2) (Code Ann. § 6-701.1). Where the underlying subject matter, i.e., the issues sought to be appealed, clearly arises from or is ancillary to divorce proceedings, or is derived from a marital relationship and divorce, the appeal is within the ambit of this statute. *Floyd v. Floyd,* 250 Ga. 208 (296 SE2d 607) (1982) and cits.; *Tobitt v. Tobitt,* 249 Ga. 245 (290 SE2d 49) (1982).

A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal. *Walters v. Walters,* 245 Ga. 695 (266 SE2d 507) (1980). In *Ensley v. Ensley,* 239 Ga. 860 (238 SE2d 920) (1977), we held that a father who wilfully refuses to pay child support required by a divorce decree may be found guilty of contempt of court and unconditionally imprisoned for 20 days pursuant to Code § 24-2615(5) (OCGA § 15-6-8).

Accordingly, this notice of appeal from a judgment of contempt regarding a domestic relations decree (finding violations by harassment, abuse, threats, assaults, annoyances, and wilful refusal to make house payments as ordered), which judgment imposed a 20-day unconditional imprisonment, must be dismissed for failure to file an application for appeal pursuant to OCGA § 5-6-35(a)(2) (Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED FEBRUARY 16, 1984 —
REHEARING DENIED FEBRUARY 28, 1984.

*Michael Lucio Russo,* pro se.
*Rogers & Brownlow, David R. Rogers,* for appellee.